IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>MAXIMUM LIFT PARTS OF PUERTO RICO INC<br><br><br>XXX-XX2671<br><br><br><br><br>Debtor(s) | CASE NO. 15-09812 BKT<br><br>Chapter 11<br><br><br><br><br>**FILED & ENTERED ON 11/16/2017** |

ORDER NUNC PRO TUNC TO 11/06/2017

The Debtor's Motion requesting Entry of Order Nunc Pro Tunc (docket #89) is granted. The deadline under §1121(e) to file Chapter 11 Disclosure Statement and Plan is set for 07/30/2018.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 16th day of November, 2017.

Brian K. Tester
U.S. Bankruptcy Judge

C:  DEBTOR
    LYSSETTE A MORALES VIDAL